AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| ANICETO BISNAR as Parent and Natural Guardian of B.B., a Minor,<br><br>*Plaintiff(s)*<br>v.<br>NCL (BAHAMAS) LTD.,<br><br>*Defendant(s)* | Civil Action No. 23-CV-21890 MOORE |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Defendant, NCL (BAHAMAS) LTD.,
By Serving its Registered Agent,
FARKAS, DANIEL S, ESQ.
7665 CORPORATE CENTER DRIVE
MIAMI, FL 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Elizabeth Irazabal
Lipcon, Margulies & Winkleman, P.A.
2800 Ponce De Leon Blvd, Suite 1480
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  05/22/2023



*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court